IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DORIS DEMPSEY, | ) |
| PLAINTIFF, | ) |
| V. | ) CASE NO: 09-309-KD-M |
| PALISADES COLLECTION, LLC, | ) |
| DEFENDANT. | ) |

## OFFER OF JUDGMENT

COMES NOW defendant Palisades Collection, LLC ("Defendant") and pursuant to Rule 68 of the Federal Rules of Civil Procedure hereby offers to allow judgment to be taken against it in favor of plaintiff Doris Dempsey ("Plaintiff"), on the following terms:

JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

1. The Defendant shall pay to Plaintiff the sum total of $5,000.00;

2. The Defendant shall pay Plaintiff's reasonable costs and reasonable attorney's fees now accrued in connection with the above-referenced action as to the Defendant and the Defendant's current and former employees; said fees and costs are to be in an amount as agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion;

3. This judgment is a compromise of a disputed claim and is not to be deemed an admission of fault or liability on the part of any defendant or any of the Defendant's current or former employees. This judgment is in total resolution of any and all claims

{W0240620.1}

and allegations by Plaintiff against, implicating or involving the defendants and the Defendant's current and former employees, owners, and agents; and,

4. This judgment shall act to dismiss with prejudice all claims of Plaintiff as to the defendant and the Defendant's current and former employees.

Respectfully Submitted,

_____
Neal D. Moore, III,
Robert A. Arnwine, Jr.
*Attorneys for Palisades Collection, LLC*

**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205)879-8722

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on counsel for all parties to the proceedings on the 7th day of October, 2009, via e-mail:

Kenneth J. Riemer
P.O. Box 1206
Mobile, Alabama 36633

_____
OF COUNSEL

{W0240620:}