# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DORIS DEMPSEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 09-00309-KD-C |
| | ) |
| **PALISADES COLLECTION, INC.** | ) |
| **DEVELOPMENT, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

Based upon the plaintiff's acceptance of the defendant's offer of judgment (Doc. 14-2), **JUDGMENT** is hereby entered pursuant to Federal Rule of Civil Procedure 68 in favor of plaintiff Doris Dempsey and against defendant for the total amount of $5,000, plus reasonable costs and reasonable attorney's fees accrued as of October 7, 2009 in connection with the above-referenced action as to this defendant and the defendant's current and former employees. Said fees and costs are to be in an amount as agreed to by counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.

The Court retains jurisdiction for the purpose of determining, upon motion of either party, reasonable attorney's fees and reasonable costs.

**DONE** and **ORDERED** this the **15th** day of **December, 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**